UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARCUS A. RUSSELL, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:14-CV-398-PLR-HBG |
| BOBBY L. JONES, RAQUEL KURDYS, and JESSICA HARVEY, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This is a pro se prisoner's civil rights complaint for injunctive relief pursuant to 42 U.S.C. § 1983. On October 20, 2015, this Court entered an order noting that Plaintiff had not signed the complaint, directing the Clerk to send Plaintiff a photocopy of the last page of the complaint, and notifying Plaintiff that if he did not properly sign and return last page of the pleading to the Court within thirty (30) days of the date of entry of this order, the Court would strike the complaint from the record, there would be nothing for the Court to decide, and the case will be dismissed [Doc. 5]. More than thirty days has passed and Plaintiff has not complied with this order or otherwise communicated with the Court. Accordingly, the complaint will be stricken, there is nothing for the Court to decide in this case, and this case will therefore be **DISMISSED**.

The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. See Rule 24 of the Federal Rules of Appellate Procedure.

**AN APPROPRIATE ORDER WILL ENTER.**

   **E N T E R:**

*[signature: Pamela L. Reeves]*
**UNITED STATES DISTRICT JUDGE**